**Order entered June 4, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00280-CR

### EX PARTE CHRISTOPHER RION

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. WX18-90101-L**

## ORDER

The appeal is **REINSTATED**.

By order entered April 23, 2019, the Court abated this appeal to allow the trial court to enter findings of fact and conclusions of law regarding appellant's pretrial application for writ of habeas corpus. The trial court has filed its findings of fact and conclusions of law in a supplemental clerk's record.

We **ORDER** appellant to file his brief by **June 25, 2019**. We **ORDER** the State to file its brief by **July 22, 2019**. If either party fails to file a brief by the due date, the appeal will be submitted without that party's brief.

This appeal will be submitted without argument on **August 13, 2019** to a panel consisting of Justices Whitehill, Partida-Kipness, and Pedersen.

/s/     LANA MYERS
        JUSTICE